## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ACE BEGONIAS INC., | CASE NO. 19-31430 (AMN) |
| DEBTOR. | ADV. PRO. NO. 21-03006(AMN) |
| BONNIE C. MANGAN, Chater 7 Trustee for ACE BEGONIAS, INC. | |
| PLAINTIFF, | |
| v. | |
| WELLS FARGO BANK, N.A. d/b/a WELLS FARGO CARD SERVICES, | OCTOBER 12, 2021 |
| DEFENDANT | |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

Please take notice that the undersigned attorney hereby files this NOTICE OF APPEARANCE in the above-captioned matter, representing Wells Fargo Bank, N.A. pursuant to Bankruptcy Rule 9010(b), and Rule 9010-1 of the Local Rules of the Bankruptcy Court for the District of Connecticut, and hereby requests copies of all notices and all papers served including, but not limited to, those required to be sent pursuant to Bankruptcy Rule 2002 and notice of the entry of all orders by the Court.  The undersigned further requests to be included on the Service List.

99238796v.2

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, position, pleading, plan request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise.

**DEFENDANT**
**WELLS FARGO BANK, N.A.**

By:   */s/ Tara L. Trifon*
      Tara L. Trifon (ct28415)
      Locke Lord LLP
      20 Church Street, 20th Floor
      Hartford, Connecticut
      Tel:   (860) 525-5065
      Fax:   (860) 527-4198
      E-mail:  tara.trifon@lockelord.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2021 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                                      */s/ Tara L. Trifon*
                                                      Tara L. Trifon