**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re: <br>     ACE BEGONIAS INC., <br>         *Debtor* | : <br> : <br> : <br> : | Case No.: 19-31430 (AMN) <br> Chapter 7 |
| BONNIE C. MANGAN, <br>       Chapter 7 Trustee, *Plaintiff* <br> v. <br> WELLS FARGO BANK N.A. d/b/a <br> WELLS FARGO CARD SERVICES, <br>     *Defendant* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adv. Pro. No.: 21-03006 <br><br> Re: ECF Nos. 18, 20 |

## **PRE-TRIAL SCHEDULING ORDER**

Pursuant to the statements made on the record during the continued Pre-Trial Conference held on January 11, 2022, and after consideration of the proposed scheduling order, ECF No. 18, filed by Wells Fargo Bank N.A. d/b/a Wells Fargo Card Services ("Defendant"), in conjunction with the subsequent approval of the Chapter 7 Trustee, ECF No. 20, the court adopts some of the dates suggested by the parties and enters further dates in this Pre-Trial Scheduling Order. *See*, ECF Nos, 18, 20. Accordingly, it is hereby

**ORDERED:** On or before January 31, 2022, the parties shall complete Fed. R. Civ. P. 26(a) initial disclosures; and it is further

**ORDERED:** On or before January 31, 2022, any party with a claim or counter claim for damages shall serve the other party with the damages analysis; and it is further

**ORDERED:** On or before March 1, 2022, the plaintiff shall file motions to join additional parties or motions to amend their pleadings; and it is further

**ORDERED:** On March 15, 2022, at 2:30 p.m., a continued Pre-Trial Conference shall be held; and it is further

**ORDERED:** On or before March 31, 2022, the defendant shall file its response to to any amended complaint; and it is further

**ORDERED:** On April 1, 2022, depositions may commence and shall conclude on or before June 1, 2022; and it is further

**ORDERED**: On or before July 1, 2022, the parties shall designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they bear the burden of proof. Depositions of such experts shall be completed by September 1, 2022; and it is further

**ORDERED**: On or before August 15, 2022, the parties will designate all rebuttal trial experts and provide opposing counsel with reports from retained rebuttal experts. Depositions of such rebuttal experts shall be completed by September 15, 2022; and it is further

**ORDERED:** On or before September 15, 2022, all fact discovery, including depositions of expert witnesses shall be completed. The parties shall serve no more than 25 interrogatories each;  and it is further

**ORDERED:** On September 20, 2022, at 2:30 p.m., a second, continued Pre-Trial Conference shall be held; and it is further

**ORDERED:** On or before October 14, 2022, the parties shall each file their list of exhibits. The list of exhibits shall be filed as a new document in the Main case, with the

exhibits to be used at the evidentiary hearing (redacted as to any personal identifying information) filed as subordinate documents (or attached as exhibits) pursuant to the instructions set forth in Exhibit A. Each party shall serve a copy of each exhibits to the opposing party and file a certificate of such service. Listing of an exhibit or witness does not imply an obligation on the party listing it to offer the exhibit into evidence or the witness's testimony. No exhibit or witness not listed by either party may be used by that party at the evidentiary hearing except (a) for rebuttal purposes or (b) if good cause for its exclusion from this Scheduling Order is shown.

Dated this 14th day of January, 2022, at New Haven, Connecticut.



Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut

# EXHIBIT A

United States Bankruptcy Court
District of Connecticut

# Instructions for Parties to File
# Proposed Trial Exhibits on the CM/ECF Docket

- From the CM/ECF Menu:    **Select** Bankruptcy or Adversary
- Menu Category:    Miscellaneous
- **Select** from the Menu of "Available Events" **Exhibit(s)/List of Witnesses**.  Click **Next** to proceed to the next page.
- **Select** the Attorney filing the Exhibit(s)/List of Witnesses, Click **Next** to proceed to next page.
- **Select** the Name of the Party.  Click **Next** to proceed to next page.

Then, please follow these additional steps:

a.    At the "Attach File Screen":

1. **Select** "Browse" and locate the PDF document to be filed on your computer (your List of Exhibits). The List of Exhibits should include the case caption, a numerical list of exhibits, and signature block. The document should be titled "[Party Name] List of Exhibits".  Upload the PDF document.

2. Underneath the document selection box, you are asked whether there are attachments to the document: **Select** "YES."  Click **Next** to proceed to the next page to attach the Exhibits.

b.    At the "Select Attachments Screen":

1. Browse for the PDF file you intend to file and attach the PDF file to be uploaded for the first exhibit.

2. Fill in the fields below:

    Category:    **Select Exhibit** from drop down box

    Description:    **Enter** a short description including the exhibit number (*i.e., "Exhibit 1 - Car Lease"*)

3. Click "**Add to List**"

4. Repeat steps (b)(1) through (b)(3) for each exhibit.

    *NOTE:  EACH EXHIBIT MUST BE FILED AS A SEPARATE PDF ATTACHMENT.*

c.    At prompt, **select** the filing party and **then add** the name of the List of Exhibits (for example, "Plaintiff's Exhibits or List of Witnesses," "Movant's List of Exhibits," etc.)

d.    CM/ECF will ask you to link the exhibits you are filing to the matter scheduled for trial (*i.e.*, the complaint, a particular motion or an objection).  **Select** the ECF No. for the subject of the evidentiary hearing from the list CM/ECF provides.

United States Bankruptcy Court
District of Connecticut

The final docket text should generally appear in the following format (note that each exhibit is itemized in the docket text):

Plaintiff's List of Exhibits Filed by John Smith on behalf of Mary Jones Plaintiff (Re:)[1] Complaint filed by Plaintiff Mary Jones.) (Attachments: # (1) Exhibit 1 Property Deed # (2) Exhibit 2 Car Lease Contract# (3) Exhibit 3 Police Report).