# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ACE BEGONIAS INC., | CASE NO. 19-31430 (AMN) |
| DEBTOR. | |
| BONNIE C. MANGAN, Chapter 7 Trustee for ACE BEGONIAS, INC. | ADV. PRO. NO. 21-03006(AMN) |
| PLAINTIFF, | |
| v. | |
| WELLS FARGO BANK, N.A. d/b/a WELLS FARGO CARD SERVICES, | NOVEMBER 21, 2022 |
| DEFENDANT | |

**WELLS FARGO BANK, N.A.'S MOTION (A) FOR EXTENSION OF TIME FOR TRUSTEE TO FILE MOTION TO COMPROMISE CONTROVERSY UNDER BANKRUPTCY RULE 9019 AND (B) TO AMEND SCHEDULING ORDER**

Pursuant to Bankruptcy Rule 9006(b)(1), Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel, hereby moves (a) for an extension of twenty-one days, up through and including December 12, 2022, of the deadline for Bonnie C. Mangan, Chapter 7 Trustee of Ace Begonias Inc. (the "Trustee") to file a motion to compromise the above-captioned adversary proceeding under Bankruptcy Rule 9019; and (b) to amend the Court's Scheduling Order [ECF No. 35]. In support of this request, Wells Fargo avers as follows:

1. The Trustee commenced the above-captioned adversary proceeding (the "Adversary") against Wells Fargo on August 30, 2021. *See* ECF No. 1.

2. Subsequent to the Trustee's commencement of the Adversary, the parties engage in, and exchanged, discovery and ultimately entered into settlement negotiations for a total resolution of the Adversary. As a result of these settlement negotiations, on September 1, 2022, the parties reached an agreement in principal as to the terms a settlement that would resolve all claims at issue in the Adversary.

3. On September 20, 2022, the parties appeared before the Court at a pre-trial conference and announced that they had reached a settlement in principle. *See* ECF No. 35. Following the hearing, the Court entered a docket-entry scheduling order (the "Scheduling Order") that "[o]n or before October 21, 2022, the Trustee shall file her Motion for Settlement under Rule 9019" and "[i]f a Motion for Settlement is timely filed, the deadline to file exhibits by October 14, 2022 will be extended without date, subject to further order of the Court." *Id.* This deadline was extended until November 21, 2022 by order dated October 24, 2022. *See* ECF No. 39.

4. Wells Fargo provided a draft settlement agreement to counsel to the Trustee for review and approval. On November 15, 2022, the Trustee's counsel confirmed that the Trustee had no changes to the agreement. Thus, at this point, the parties are in the process of having the agreement executed.

5. Pursuant to both the Scheduling Order and the terms of Bankruptcy Rule 9019(a), only the Trustee may file a Motion for Settlement under Rule 9019. *See* ECF No. 35 (ordering the Trustee to file a Motion for Settlement under Rule 9019; *see also* FED. R. BANK. P. 9019(a) ("On

motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement."). Wells Fargo is therefore unable to unilaterally file and present the Court with a Motion for Settlement under Rule 9019 and must rely upon the Trustee to perform this task.

6. As the parties are now in the process of executing the agreement, additional time is needed to allow the Trustee to file a Motion for Settlement under Rule 9019. Wells Fargo requests that the deadline to file such a motion, along with the deadline for the parties to file exhibits pursuant to the Scheduling Order, be extended until December 12, 2022. This will enable the Trustee to file her Motion for Settlement under Rule 9019 and related settlement agreement with the Court prior to the next hearing in the Adversary Proceeding scheduled for November 22, 2022. *See* ECF No. 36. Otherwise requiring to proceed with the current Scheduling Order will cause the parties to incur litigation expense that may be otherwise avoided.

7. This request that the Scheduling Order be amended to extend the deadline for the Trustee to file a Motion for Settlement under Rule 9019 is not made for delay but so that the ends of justice may be served.

8. Undersigned counsel has conferred with counsel for the Trustee, who consents to this request.

WHEREFORE, Wells Fargo respectfully submits that good cause exists for the Court to enter an order amending the Scheduling Order to extend the time period for the Trustee to file a Motion for Settlement under Rule 9019 as well as the deadline for parties to file their exhibits with the Court until December 12, 2022.

**WELLS FARGO BANK, N.A.**

By:    */s/ Tara L. Trifon*
      Tara L. Trifon (ct28415)
      Locke Lord LLP
      20 Church Street, 20th Floor
      Hartford, Connecticut
      Telephone: (860) 525-5065
      Facsimile:(860) 527-4198
      E-mail: tara.trifon@lockelord.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

          */s/ Tara L. Trifon*
          Tara L. Trifon