# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ACE BEGONIAS INC., | CASE NO. 19-31430 (AMN) |
| DEBTOR. | |
| BONNIE C. MANGAN, Chapter 7 Trustee for ACE BEGONIAS, INC. | ADV. PRO. NO. 21-03006(AMN) |
| PLAINTIFF, | |
| v. | |
| WELLS FARGO BANK, N.A. d/b/a WELLS FARGO CARD SERVICES, | FEBRUARY 9, 2023 |
| DEFENDANT | |

**WELLS FARGO BANK, N.A.'S SUPPLEMENTAL RESPONSE TO THE STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE**

Wells Fargo Bank, N.A. respectfully resubmits the invoices with the highlighted time entries that relate to its request for reimbursement of $2,941.48 of attorney fees as set forth in its Supplemental Response to the Statement in Response to Order to Show Case, ECF No. 57.

**WELLS FARGO BANK, N.A.**

By:    */s/ Tara L. Trifon*
       Tara L. Trifon (ct28415)
       Locke Lord LLP
       20 Church Street, 20th Floor
       Hartford, Connecticut
       T: (860) 525-5065; F: (860) 527-4198
       E-mail: tara.trifon@lockelord.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                          */s/ Tara L. Trifon*
                                          Tara L. Trifon

# Locke Lord LLP
Attorneys & Counselors

2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
Fax: (214) 740-8800
www.lockelord.com
Tax ID: 74-1164324

Wells Fargo Home Mortgage
Attn: Denise P. Brennan, F0001-09B
800 Walnut St.
Des Moines, IA 50309

December 2, 2022
Invoice No.: 1761776

---

Total amount due for the legal services rendered in connection with the
referenced matter through November 30, 2022.                                        $1,560.10

    File Number:   0567447.01529
             RE:  Ace Begonias Inc. (Bonnie C. Mangan, Chapter 7 Trustee)

**Loan Number:**     *

Your File Number: WF2021031005

**Borrower:**     *

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 11/08/22 | SJH | Analysis of settlement agreement issues. | 0.40 | 114.00 |
| 11/09/22 | RTM | Review case status and risk assessment. | 0.20 | 110.40 |
| 11/09/22 | SES | Finalize Q4 2022 Risk Assessment Form ahead of sending to S. Darnielle and C. Hoffman. | 0.40 | 86.80 |
| 11/10/22 | TLT | Correspondence with opposing counsel regarding the settlement negotiations. | 0.20 | 80.00 |
| 11/15/22 | SJH | Exchange correspondence with T. Trifon concerning settlement timing considerations. | 0.10 | 28.50 |
| 11/20/22 | SJH | Email to C. Hoffman with draft settlement agreement and additional comments about status of negotiations with bankruptcy trustee. | 0.10 | 28.50 |
| 11/20/22 | SJH | Revise and edit draft settlement agreement to prepare for client review. | 0.20 | 57.00 |
| 11/21/22 | RTM | Review settlement agreement. | 0.30 | 165.60 |

WaFd - Hoverson Mortgage  
File No.: 0567447.01529

Invoice Date: November 30, 2022  
Invoice No.: 1761776  
Page: 2

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| | | correspondence, and next steps. | | |
| 11/21/22 | TLT | Correspondence with opposing counsel regarding the settlement agreement and motion to approve settlement. | 0.30 | 120.00 |
| 11/21/22 | TLT | Draft motion for extension of time to file the motion to approve the settlement. | 0.50 | 200.00 |
| 11/21/22 | SJH | Exchange correspondence with T. Trifon concerning issues related to upcoming case status conference. | 0.10 | 28.50 |
| 11/22/22 | RTM | Review hearing issues and case resolution status. | 0.20 | 110.40 |
| 11/22/22 | TLT | Attend pretrial conference with court regarding the settlement agreement. | 0.80 | 320.00 |
| 11/23/22 | RTM | Review show cause order. | 0.20 | 110.40 |
| | | **TOTAL HOURS** | 4.00 | |

**TOTAL FEES** $1,560.10

---------- BILLING PROFESSIONALS ----------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| R. T. Mowrey | Partner | 552.00 | 0.90 | 496.80 |
| T. L. Trifon | Partner | 400.00 | 1.80 | 720.00 |
| S. J. Humeniuk | Associate | 285.00 | 0.90 | 256.50 |
| S. E. Sheets | Paralegal | 217.00 | 0.40 | 86.80 |
| **TIMEKEEPER TOTALS** | | | 4.00 | $1,560.10 |

**TOTAL BALANCE DUE** $1,560.10

PLEASE REMIT PAYMENT:

**Via US Mail:**  
Locke Lord LLP  
P.O. Box 911541  
Dallas, Texas 75391-1541

**Via ACH:**  
ABA Routing: [redacted]  
Account: [redacted]  
Account Name: Locke Lord LLP  
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**  
ABA Routing: [redacted]  
Swift Code (International): [redacted]  
Account: [redacted]  
Bank: JPMorgan Chase Bank, N.A.  
712 Main Street, Houston, TX 77002  
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call R. T. Mowrey of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.   Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**Locke Lord LLP**
Attorneys & Counselors

2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
Fax: (214) 740-8800
www.lockelord.com
Tax ID: 74-1164324

Wells Fargo Home Mortgage
Attn: Denise P. Brennan, F0001-09B
800 Walnut St.
Des Moines, IA 50309

January 4, 2023
Invoice No.: 1767533

Total amount due for the expenses incurred in connection with the referenced matter through December 31, 2022.    $61.98

File Number: 0567447.01529
RE: Ace Begonias Inc. (Bonnie C. Mangan, Chapter 7 Trustee)

**Loan Number:**  *

Your File Number: WF2021031005

**Borrower:**  *

| DATE | EXPENSES | VALUE |
|---|---|---|
| 12/14/22 | Expense of trip of 12/14/2022, Travel to BK Court re: Hearing on Rule to Show cause | 31.31 |
| 12/14/22 | Expense of trip of 12/14/2022, Travel from BK Court to office re: Hearing on Rule to Show cause | 24.32 |
| 12/14/22 | Expense of trip of 12/14/2022, Parking re: attendance at show cause hearing | 6.35 |
| | TOTAL EXPENSES | $61.98 |

TOTAL EXPENSES    $61.98

**TOTAL BALANCE DUE**    **$61.98**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: ▇
Account: ▇
Account Name: Locke Lord LLP

**Via Wire:**
ABA Routing: ▇
Swift Code (International): ▇
Account: ▇

Atlanta • Austin • Boston • Brussels • Chicago • Cincinnati • Dallas • Hartford • Houston • London • Los Angeles • Miami • Newark
New Orleans • New York • Providence • San Antonio • San Francisco • Stamford • Washington DC • West Palm Beach

Bank Name: JPMorgan Chase Bank, N.A.

Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions.  Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call R. T. Mowrey of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.   Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)

# Locke Lord LLP
Attorneys & Counselors

2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
Fax: (214) 740-8800
www.lockelord.com
Tax ID: 74-1164324

Wells Fargo Home Mortgage
Attn: Denise P. Brennan, F0001-09B
800 Walnut St.
Des Moines, IA 50309

January 6, 2023
Invoice No.: 1767982

Total amount due for the legal services rendered in connection with the referenced matter through December 31, 2022.            $3,366.20

    File Number:    0567447.01529
    RE:    Ace Begonias Inc. (Bonnie C. Mangan, Chapter 7 Trustee)

**Loan Number:**    *

Your File Number: WF2021031005

**Borrower:**    *

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 12/09/22 | RTM | Review response to show cause order. | 0.30 | 165.60 |
| 12/09/22 | SJH | Analysis of settlement issues in light of court's order to show cause against Trustee's counsel. | 0.10 | 28.50 |
| 12/13/22 | RTM | Review Wells Fargo's response to plaintiff's motion to show cause. | 0.30 | 165.60 |
| 12/13/22 | TLT | Draft response to the trustee's statement related to the order to show cause. | 1.80 | 720.00 |
| 12/13/22 | SJH | Review and comment concerning Trustee's response to Court's order to show cause. | 0.40 | 114.00 |
| 12/13/22 | SJH | Perform research concerning ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 57.00 |
| 12/14/22 | RTM | Review hearing issues, case status, and next steps. | 0.30 | 165.60 |

Atlanta • Austin • Boston • Brussels • Chicago • Cincinnati • Dallas • Hartford • Houston • London • Los Angeles • Miami • Newark
New Orleans • New York • Providence • San Antonio • San Francisco • Stamford • Washington DC • West Palm Beach

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 12/14/22 | TLT | Attend hearing on the order to show cause. | 3.20 | 1,280.00 |
| 12/14/22 | SJH | Perform legal research concerning ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓ | 0.20 | 57.00 |
| 12/14/22 | SJH | Analysis of developments to case at hearing on Court's order to show cause to Trustee's counsel. | 0.20 | 57.00 |
| 12/15/22 | TLT | Correspondence with client regarding the settlement status and the order to show cause hearing. | 0.90 | 360.00 |
| 12/15/22 | SJH | Analysis of issues related to settlement timing and completion. | 0.30 | 85.50 |
| 12/20/22 | RTM | Review court order and next steps. | 0.20 | 110.40 |
|  |  | **TOTAL HOURS** | 8.40 |  |
|  |  | **TOTAL FEES** |  | **$3,366.20** |

---------- **BILLING PROFESSIONALS** ----------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| R. T. Mowrey | Partner | 552.00 | 1.10 | 607.20 |
| T. L. Trifon | Partner | 400.00 | 5.90 | 2,360.00 |
| S. J. Humeniuk | Associate | 285.00 | 1.40 | 399.00 |
| **TIMEKEEPER TOTALS** |  |  | **8.40** | **$3,366.20** |

**TOTAL BALANCE DUE** — **$3,366.20**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via ACH:**
ABA Routing: ▓▓▓▓▓▓
Account: ▓▓▓▓▓▓
Account Name: Locke Lord LLP
Bank Name: JPMorgan Chase Bank, N.A.

**Via Wire:**
ABA Routing: ▓▓▓▓▓▓
Swift Code (International): ▓▓▓▓▓▓
Account: ▓▓▓▓▓▓
Bank: JPMorgan Chase Bank, N.A.
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

If you wish to remit payment via ACH, please contact the Firm's treasury department at lltreasury@lockelord.com.

Locke Lord LLP will never submit an email to its clients requesting a change to payment remittance instructions. Please contact the Firm's treasury department at lltreasury@lockelord.com or Firm's attorney should you receive such a request.

This statement is due upon receipt. Please call R. T. Mowrey of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Shaun Viau @ (401)276-6481, can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)